UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELIANCE COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>CHUAN WANG, TELEEPOCH LIMITED LLC, UNI AMERICA LLC, and SONIM TECHNOLOGIES, INC.,<br><br>        Defendants. | Case No. 2:24-cv-04433<br><br>**PLAINTIFF'S<br>RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Reliance Communications, LLC discloses that no publicly held corporation owns more than 10% of Reliance Communications, LLC.

Dated: Melville, New York
   June 21, 2024

                **NIXON PEABODY LLP**

                By: _____
                  Timothy D. Sini
                  Neil P. Diskin
               275 Broadhollow Road
               Melville, New York 11747
               (516) 832-7500
               tsini@nixonpeabody.com
               ndiskin@nixonpeabody.com

               On Lu (*pro hac vice* application forthcoming)
               NIXON PEABODY LLP
               1 Embarcadero Center, 32nd Floor
               San Francisco, California 94111
               (415) 984-8200
               onlu@nixonpeabody.com