UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELIANCE COMMUNICATIONS, LLC,<br><br>                                 Plaintiff,<br><br>-against-<br><br>CHUAN WANG, TELEEPOCH LIMITED LLC, UNI AMERICA LLC, and SONIM TECHNOLOGIES, INC.,<br><br>                                 Defendants. | Case No. 2:24-cv-04433-SIL<br><br>**Stipulation regarding Defendant Sonim Technologies, Inc.'s Deadline to Respond to Plaintiff's Complaint** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Reliance Communications, LLC and Defendant Sonim Technologies, Inc. ("Sonim Technologies"), by their undersigned counsel, that Sonim Technologies's time to file its Answer or otherwise respond to the Complaint (ECF No. 1) is hereby extended through and including August 26, 2024.

This Stipulation may be signed in counterparts, and signatures transmitted by facsimile, email, or other electronic means are deemed originals.

Dated: July 10, 2024

By:  /s/ (w/ permission on July 10, 2024)
      Timothy D. Sini
      Neil P. Diskin
      Nixon Peabody LLP
      275 Broadhollow Road
      Melville, New York 11747
      (516) 832-7500
      tsini@nixonpeabody.com
      ndiskin@nixonpeabody.com

      *Attorneys for Plaintiff*
      *Reliance Communications, LLC*

By:  [signature]
      Benjamin P. Argyle
      Daniel A. Apgar
      Venable LLP
      151 West 42nd Street, 49th Floor
      New York, New York 10036
      (212) 307-5500
      BPArgyle@Venable.com
      DApgar@Venable.com

      *Attorneys for Defendant*
      *Sonim Technologies, Inc.*