UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELIANCE COMMUNICATIONS, LLC | CIVIL ACTION NO.: 2:24-CV-04433(SIL) |
| vs **Plaintiff** | |
| CHUAN WANG, ET AL | |
| **Defendant** | |

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in the state of California,

That on **07/08/2024** at **3:46 PM** at **829 Peach Ave, Sunnyvale, CA 9408** undersigned served a(n) **Summons in a Civil Action and Complaint Jury Trial Demanded, Plaintiff's Rule 7.1 Disclosure, Civil Cover Sheet, Individual Motion Practices of Magistrate Judge Steven I. Locke**

on **Chuan Wang**,

by affixing a true copy of each to the door of said premises, which is defendant's last known residence within the state.

Undersigned was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there:

**06/27/2024 8:02 AM 829 Peach Ave, Sunnyvale, CA 9408**
**06/27/2024 6:52 PM 829 Peach Ave, Sunnyvale, CA 9408**
**06/28/2024 7:26 AM 829 Peach Ave, Sunnyvale, CA 9408**
**06/29/2024 10:15 AM 829 Peach Ave, Sunnyvale, CA 9408**
**06/30/2024 9:52 AM 829 Peach Ave, Sunnyvale, CA 9408**
**07/01/2024 7:49 PM 829 Peach Ave, Sunnyvale, CA 9408**
**07/02/2024 2:11 PM 829 Peach Ave, Sunnyvale, CA 9408**
**07/03/2024 5:18 PM 829 Peach Ave, Sunnyvale, CA 9408**
**07/04/2024 1:15 PM 829 Peach Ave, Sunnyvale, CA 9408**
**07/05/2024 10:46 AM 829 Peach Ave, Sunnyvale, CA 9408**
**07/06/2024 8:39 AM 829 Peach Ave, Sunnyvale, CA 9408**

Within 20 days of such affixing undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **829 Peach Ave, Sunnyvale, CA 9408**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed copy on: **07/08/2024**

I affirm on **7/9**, 20**24** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_A. Kelley_
Anna Raquel Kelley
PS#1815 Santa Clara County