UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELIANCE COMMUNICATIONS, LLC,<br><br>         Plaintiff,<br><br> - against -<br><br>CHUAN WANG, TELEEPOCH LIMITED LLC, UNI AMERICA LLC, and SONIM TECHNOLOGIES, INC.,<br><br>         Defendants. | Case No. 2:24-cv-04433-SIL<br><br>**STIPULATION REGARDING DEFENDANTS TELEEPOCH LIMITED LLC AND UNI AMERICA LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Reliance Communications, LLC and Defendants Teleepoch Limited LLC and UNI America LLC, by their undersigned counsel, that Defendants time to move, answer or otherwise respond to the Complaint, without waiver of any defenses, is hereby extended through and including August 26, 2024.

This Stipulation may be signed in counterparts and signatures transmitted by facsimile, email or other electronic means are deemed originals.

Dated: New York, NY
    July 30, 2024

| | |
|---|---|
| /s/ *[signature]*<br>Timothy D. Simi<br>Neil P. Diskin<br>**NIXON PEABODY LLP**<br>275 Broadhollow Road<br>Melville, New York 11747<br>tsimi@nixonpeabody.com<br>ndiskin@nixonpeabody.com<br>*Attorneys for Plaintiff Reliance Communications, LLC* | /s/ *Joanna A. Diakos*<br>Joanna A. Diakos, Esq.<br>**K&L GATES LLP**<br>599 Lexington Avenue<br>New York, NY 10022-6030<br>Telephone:  212.536.3900<br>Facsimile:  212.536.3901<br>joanna.diakoskordalis@klgates.com<br>*Attorneys for Defendants Teleepoch Limited LLC and Uni America LLC* |